

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00392-CV

**WILLIAM WINDSOR,**

**Appellant**

 **v.**

**SEAN D. FLEMING,**

**Appellee**

### From the 378th District Court
### Ellis County, Texas
### Trial Court No. 88611

## ORDER

Because Appellant's brief was stricken by Court order on July 16, 2015, appellant's "Request for Leave to Supplement Record to Make Citation Corrections to Appellant's Brief" filed on July 2, 2015 is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Request dismissed as moot
Order issued and filed July 16, 2015

